RECEIVED

JAN - 2 2020

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**NICHOLAS QUEEN #29623-037**                    **CASE NO.  1:19-CV-01576 SEC P**

**VERSUS**                                        **JUDGE DRELL**

**U S A**                                         **MAGISTRATE JUDGE PEREZ-MONTES**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.   **Previous Lawsuits**

a.  Have you begun any other lawsuit while incarcerated or detained in any facility?
    Yes ☐    No ☒

b.  If your answer to the preceding question is "Yes," provide the following information.

    1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

        _____

        _____

    2.  Name the parties to the previous lawsuit(s):

        Plaintiffs: _____

        Defendants: _____

    3.  Docket number(s): _____

    4.  Date(s) on which each lawsuit was filed: _____

    5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

        _____

c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
    Yes ☒    No ☐

Page 1 of 4

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

United States District Court Pennsylvania dismissed ns frivolity

II.    a.    **Name of institution and address of current place of confinement:**

USP-Pollock, P.O. Box 2099, Pollock, LA. 71467

b.    Is there a prison grievance procedure in this institution?
Yes ☒    No ☐

1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☒ No ☐

If "Yes," what is the Administrative Remedy Procedure number?

Tort Claim No. TRT-SCR-2019-02173

2.    If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.    If you filed an administrative grievance, answer the following question.  What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

I made a claim under the Federal Tort Claims Act

Attach a copy of each prison response and/or decision rendered in the administrative proceeding. See attached Tort Claim / and prisons response

III.    **Parties to Current Lawsuit:**

a.    Name of Plaintiff: United States of America

(Rev. 5/1/13)

Address: __UNKNOWN__

b. Defendant, __J. Loyns__, is employed as __Correctional Officer__ at __P.D. Box 2099, Pollock LA. USP-Pollock__

Defendant, __S. Coggins__, is employed as __Correctional Officer__ at __P.O. Box 2099, Pollock LA. USP-Pollock__

Defendant, __unknown__, is employed as __Correctional Officer(s)__ at __P.O. Box 2099, Pollock LA. USP-Pollock__

Additional defendants: _____

_____

## IV.    Statement of Claim

State the **FACTS** of your case.  Specifically describe the involvement and actions of each named defendant.  Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred.  **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On January 3, 2019, Plaintiff, while a prisoner at USP-Pollock was discovered by officer J. Lyons while acting with the scope of government employement. Plaintiff was sitting in his cell in a chair also asleep. Officer Lyons then made a call for medical emergency promoting the arrival of officer S. Coggins and two other unknown officers all acting within the scope of government employement - Together these officers questioned Plaintiff who was now Awake as to his need for medical attention in which Plaintiff responded "No, I'm alright." However dispite Plaintiff's response the officers use excessive force in violation of Federal Bureau of Prisons Policy 5566.06 prohibition against the use of force and restraints which provides that staff shall not use force or restraints by failing to follow this policy when responding to an institutional emergency, hitting Plaintiff in the face, pushing Plaintiff's head against the wall, dragging Plaintiff across the cell floor, twisting Plaintiff's left arm behide his back, jumping on Plaintiff's back and legs while Plaintiff lay on the cell floor, choking Plaintiff's neck, kicking Plaintiff in the head and body, smashing Plaintiff's right arm against the ground underneath his body, placing Plaintiff into restraints, pulling Plaintiff's pants off his body and dragging Plaintiff to medical without Plaintiff having violated any institutional rule. "See Additional page "page 5"

(Rev. 5/1/13)

**V.    Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff demands judgement against the defendant for the amount of Three Millions dollars and the cost of these judicial proceedings. Plaintiff also would like appointment of counsel for representation of these proceedings.

**VI.    Plaintiff's Declaration**

a.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.  If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __28th__ day of __December__, 20__19__.


__#29623-037__

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons**

__Nicholas Queen__

**Signature of Plaintiff**

See page 5 attached Statement of Claim

Page 4 of 4

CASE NO. )-19-CV-01576 SEC P

Complaint
Additional Page
Statement of Claim
Page 5

Officer(s) S. Coggins, J. Loyns and two other unknown officers: used force without attempting to avoid doing so in violation of section 552.20; used restraints by placing Plaintiff in handcuffs in violation of 552.20; used a calculated use of force and restraints because Plaintiff could have been locked in the cell or range and there was no immediate, direct threating to Plaintiff or others, and these officers had time to first determine if the situation could be resolved without using force but did not do so in violation of 552.21; use force without gatering pertinent information about the Plaintiff and the situation in violation of section 552.23; used force without identifying a staff member(s) to attempt to obtain Plaintiff's voluntary cooperation in violation of section 552.23; used force without seeking the assistance of mental health or qualified health personnel on the onset of the violent behavior where these officers determined Plaintiff uncooperatively speeking inconsistrat and incoherently in violation of section 552.26; used force without seeking the guidance of qualified health personnel base on a review of Plaintiff's medical record to identify physical or mental problems in violation of 552.26; used force without being able to vividly detail the incident by a Lieutenant in violation of 552.27 because a Lieutenant was not present at the incident; and used force without having videotaped the use of force incident in violation of section 552.27

page 5