UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NICHOLAS QUEEN, Plaintiff | CIVIL ACTION 1:19-CV-01576 |
| VERSUS | JUDGE DRELL |
| UNITED STATES OF AMERICA, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Queen's *Bivens* claim against the United States of America is DISMISSED WITH PREJUDICE.

IT IS ORDERED that the *Bivens* claims against Lyons, Coggins, and "Unknown Defendants" is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for failure to effect service.

IT IS ORDERED that Defendant's Motion to Dismiss (ECF No. 42) is DENIED.

IT IS ORDERED that Queen's "Motion to Deny and Oppose Government's Motion to Dismiss" (ECF No. 46) is DENIED AS MOOT.

IT IS ORDERED that Queen's Motion to Amend (ECF No. 34) is GRANTED.

IT IS ORDERED that Queen's Motion for Default Judgment against the United States (ECF No. 45) is DENIED.

IT IS ORDERED that Queen's Motion for Summary Judgment (ECF No. 48) is DENIED.

THUS, ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25 day of February 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT