UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NICHOLAS QUEEN,<br>Plaintiff | CIVIL ACTION NO. 1:19-CV-01576 |
| VERSUS | JUDGE DRELL |
| UNITED STATES, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Queen's Motion for Summary Judgment (ECF No. 64) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Government's Motion for Summary Judgment (ECF No. 75) is GRANTED IN PART and DENIED IN PART. The Government's motion (ECF No. 75) is DENIED IN PART as to whether BOP employees complied with BOP policy concerning the use of force against Queen. However, because Queen's alleged injuries are at most *de minimis*, the Government's motion (ECF No. 75) is GRANTED IN PART on that basis, and Queen's sole remaining claim is DISMISSED WITH PREJUDICE.

THUS, ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 3rd day of May 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT