**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**NICHOLAS QUEEN #29623-037** | **CASE NO. 19-cv-1576 SEC P**

**-vs-** | **JUDGE DRELL**

**U S A** | **MAGISTRATE JUDGE PEREZ-MONTES**

---

MEMORANDUM ORDER

As the Fifth Circuit has cleared this matter for further action (Doc. 190), it is

**ORDERED** that the previous orders imposing a stay (Docs. 184 and 186) are **LIFTED.** Further, we observe the rather convoluted status of this matter to be that:

Before us are Queen's motion for summary judgment (Doc. 133) and memo in support, the original "Report and Recommendation" by the Magistrate Judge (Doc. 164), Queen's objections to the same (Doc. 167), the Government's response to Queen's objections (Doc. 182), and Queen's reply (Doc. 185). As the matter is ripe for consideration, we have conducted a *de novo* review and find it absolutely correct that there are genuine disputes of material fact that cannot be resolved without a trial. Queen says the incident with prison officials unfolded one way. The Government says Queen's version is not true and describes a completely different scenario. Such disputes are seldom able to be resolved by summary judgment. Thus, despite Queen's repetitive restatements of his position in his objections, there is nothing new. Accordingly, it is further

**ORDERED** that Queen's objections are overruled. It is further

**ORDERED** that the "Report and Recommendation" (Doc. 164) is **ADOPTED** and the motion for summary judgment (Doc. 133) is **DENIED**. It is further

**ORDERED** that a two-day bench trial is **SET** in Alexandria, Louisiana on November 12, 2026 at 9:30 a.m. In preparation for the trial, the following is expected:

1. Each party shall submit to the court and each other, by October 15, 2026, a list of "will call" witnesses. Any witnesses that are not on a party's "will call" list will not be allowed to testify at the trial. It is up to the parties to arrange for witnesses to be called, whether voluntarily or by subpoena. This means that, if a subpoena is used, prompt and timely requests must be made to the U.S. Marshal's Service for service thereof.
2. By the same October 15 date, the parties shall exchange and submit to the court a complete list, and photocopies of all documents that party plans to use at trial. Documents not on a party's document list will be allowed to be used or introduced into evidence.

No further dispositive motions are allowed. The case will be presented live, neither by Zoom nor other substitute method. This order is in no way designated as final.

THUS DONE AND SIGNED at Alexandria, Louisiana this 2ND day of ~~September~~ October 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT